428 A.2d 235

Wolf et ux., Appellants v. The York Bank and Trust Co. et al.

Submitted March 6, 1980. Stephen Cohen, for appellants; Russell F. Griest, for The York Bank and Trust Co., appellee. David W. Bupp, for Wogan, appellee.

Before CERCONE, P. J., and WATKINS and MONTGOMERY, JJ.

Order affirmed.

June 6, 1980.

428 A.2d 235

Browning v. Browning, Appellant.

Argued November 14, 1979. Robert L. Webster, for appellant; Ralph C. Warman, Assistant District Attorney, for appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Order affirmed.